AO 430 (Rev. 04/13)

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## CASE INFORMATION RECORD

PAGE NO.

| | | | | |
|---|---|---|---|---|
| DATE 08/05/2026 | TIME | OPERATOR | PHONE NUMBER | TAPE NUMBERS/COUNTER DIGITS FROM / TO |
| CASE NUMBER A26-0943 | | | PRESIDING JUDGE | |
| DISTRICT 4th | | | OFFICIAL'S TITLE ☐ DISTRICT JUDGE ☐ BANKRUPTCY JUDGE ☐ MAGISTRATE JUDGE ☐ OTHER *(Specify)* | |
| LOCATION Mn Appealant Court | | | | |
| TYPE OF PROCEEDING Appeal | | | JURY YES ☐ NO ☒ | |

☒ PLAINTIFF ☐ OTHER *(Specify)* ☐ DEBTOR ☐ GOVERNMENT ☐ DEFENDANT ☐ OTHER *(Specify)* ☐ CREDITOR

RECEIVED
AUG 06 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| CHANNEL | MICROPHONE | |
|---|---|---|
| 1 | A. Presiding Judicial Official (J) | B. |
| 2 | A. Witness (W) | B. |
| 3 | A. Plaintiff/Debtor/Government | B. |
| 4 | A. Defendant/Creditor | B. |

### APPEARANCES FOR THE

| GOVERNMENT/PLAINTIFF/DEBTOR | | | DEFENDANT/CREDITOR | | |
|---|---|---|---|---|---|
| 1. ATTORNEY NAME | PHONE NUMBER 763-245-8003 | | 1. ATTORNEY NAME Ruth Ostrom | PHONE NUMBER | |
| FIRM NAME | | | FIRM NAME Ostrom Attorneys | | |
| FOR PLAINTIFF/DEBTOR: Catherine J Beenken-Fenny | | | FOR DEFENDANT/CREDITOR: Sharon Compton | | |
| ADDRESS 907 20th Ave NE | | | ADDRESS | | |
| CITY Minneapo lis | STATE MN | ZIP CODE 55418 | CITY | STATE | ZIP CODE |
| 2. ATTORNEY NAME | PHONE NUMBER | | 2. ATTORNEY NAME | PHONE NUMBER | |
| FIRM NAME | | | FIRM NAME | | |
| FOR PLAINTIFF/DEBTOR: | | | FOR DEFENDANT/CREDITOR: William H Siegler | | |
| ADDRESS | | | ADDRESS 3720 23rd Ave S | | |
| CITY | STATE | ZIP CODE | CITY Minneapolis | STATE MN | ZIP CODE |
| 3. ATTORNEY NAME | PHONE NUMBER | | 3. ATTORNEY NAME | PHONE NUMBER | |
| FIRM NAME | | | FIRM NAME | | |
| FOR PLAINTIFF/DEBTOR: | | | FOR DEFENDANT/CREDITOR: | | |
| ADDRESS | | | ADDRESS | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |

SCANNED
AUG 06 2026
U.S. DISTRICT COURT MPLS

WT-2A Federal
(Rev. 07/2025)

Catherine Jean Boenkem-Fenning, Austin Michael Kingsley

# Administrative Office of the United States Courts

## Part 1 (Judge's Report - Federal)

## Report of Application and/or Order Authorizing Interception of Communications

*(To be reported by January 31 for denied applications and for approved applications for orders that expired during the preceding year, pursuant to 18 U.S.C. § 2519(1))*

RECEIVED
AUG 06 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**1. Judge Authorizing or Denying the Application**

Judge's First Name: | Middle Initial: | Last Name: | Suffix: 1

Court Jurisdiction:
Select: | Court Reference No.:

**2. Source - Official Making Application**

Official's First Name: | Middle Initial: | Last Name: | Suffix: 1 | Telephone No.:

Title: *(i.e., DA, etc.)*
Select or enter a title: | Official's Jurisdiction/Agency:

**3. Authorizing Official (Deputy Assistant Attorney General, Assistant Attorney General, or Other Official.)**

Authorizing Official's Name *(First Name Last Name)*

**3A. Prosecution Official Submitting the Application**

Prosecutor's First Name: | Middle Initial: | Last Name: | Suffix: 1 | Telephone No.:

Prosecutor's Jurisdiction:
Select: | Prosecutor Reference No.:

**3B. Law Enforcement Agency Conducting the Wiretap**

Agency Name *(FBI, DEA, etc.)*
Select or enter an Agency Name: | Agency Reference No.:

Contact Person's First Name: | Middle Initial: | Last Name: | Suffix: 1 | Telephone No.: | Extension:

**4. Offense *(Most Serious)***

Most Serious Offense:
Select:

Title/Section of Offense:

**5. Type of Order *(Select One)***

- ◯ Roving (Wire/Electronic)
- ◯ Roving (Oral)
- ◯ Roving (Wire/Electronic/Oral)
- ◯ Standard Order
- ◯ Roving (Wire/Electronic/Oral) & Standard Order

**6. Duration of Intercept**

| Order or Extension | No. of Days | Date of Application | *Check One* Denied | Granted | Date Order Denied or Granted | Date that a Granted Order/Extension was Modified or Amended, if applicable. |
|---|---|---|---|---|---|---|
| Original Request | | | ☐ | ☐ | | Date Modified /Amended |
| 1st Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 2nd Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 3rd Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 4th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 5th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 6th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| Use the last page of the form for additional extensions. | Total Number of Extensions: | | | | Total Days Authorized: | |

SCANNED
AUG 06 2026
U.S. DISTRICT COURT MPLS

WT-2A Federal
(Rev. 07/2025)

## 7. Type of Intercept *(Check all that apply to this order/authorization)*

| Wire | Oral | Electronic |
|---|---|---|
| ☐ Standard Telephone | ☐ Microphone / Eavesdrop (Bug) | ☐ Text Messaging |
| ☐ Cellular or Mobile Telephone | ☐ Other *(specify)*: | ☐ Applications |
| ☐ Voicenotes | | ☐ Computer (*including email*) |
| ☐ Video with Human Voice | | ☐ IP/Server |
| ☐ Other *(specify)*: | | ☐ Other *(specify)*: |

## 8. Oral Intercept Location Only - Location of Listening Device

☐ Personal Residence *(e.g., single family house, apartment, mobile home, rooming house, dormitory)*
☐ Business *(e.g., store, office, restaurant, gym, hospital, school)*
☐ Public Area *(e.g., pay telephone, park, station, airport, library, street, cemetery)*
☐ Other Location *(e.g., motel, prison, jail, vehicle, another specified location not listed)*
Specify
☐ No Location Specified

## 8A. Judge's Endorsement

*Checking the **Judge's Endorsement** box acknowledges Part 1 is completed with the approval of the judge.*

☐ Judge's Endorsement Date: Telephone No.:

## 8B. Report Prepared By

| Report Preparer's First Name: | Middle Initial: | Last Name: | Suffix: | Telephone No.: | Extension: |
|---|---|---|---|---|---|
| | | | 1 | | |

| Title: | Date: |
|---|---|
| | |

## Instructions

When Part 1 (Judge's Report) is completed, do the following:

(1) Click the "Validate Part 1" button to identify any data quality issues with Part 1.
(2) Save a PDF copy of the completed form by clicking the "Save As" button below and assigning a unique file name.
(3) Click the "Submit by Email" button below to submit this form or attach one or more saved PDF forms to an email and send to SD-WIRETAP@AO.USCOURTS.GOV.
(4) Provide an electronic copy of the completed Part 1 to the official making the application.
(5) Retain a copy of the completed Part 1 for the judge's files.

## Additional Instruction

Judges stop here. Prosecutors and Law Enforcement Agencies continue to Part 2 of the WT-2 Form.

WT-2A Federal
(Rev. 07/2025)

# Administrative Office of the United States Courts

## Part 2 (Prosecutor's Report - Federal)

## Report of Application and/or Order Authorizing Interception of Communications

(*To be reported by March 31 for denied applications and for approved applications for orders that expired during the preceding year, pursuant to 18 U.S.C 2519(2).*)

### Judge Authorizing or Denying the Application

| | | | |
|---|---|---|---|
| Judge's First Name: | Middle Initial: | Last Name: | Suffix: |
| Court Jurisdiction: | | Court Reference No.: | |

### Prosecution Official Who Submitted the Application

| | | | | |
|---|---|---|---|---|
| Prosecutor's First Name: | Middle Initial: | Last Name: | Suffix: | Telephone No.: |
| Prosecutor Reference No.: | Agency Reference No.: | | Application Date (Original Request): | |

*NOTE*: Items listed above should match information entered in Part 1 of Form WT-2.

### 9. Installation

☐ Never Installed ☐ Installed but Not Used ☐ Installed and Used

### 10. Description of Intercepts

| 10A. Termination Date of Interception | 10B. No. of Days in Actual Use | 10C. No. of Communications Intercepted | 10D. No. of Persons Whose Comm. Were Intercepted | 10E. No. of Incriminating Comm. Intercepted |
|---|---|---|---|---|
| | | ☐ Unknown | ☐ Unknown | ☐ Unknown |

10F. Was Encryption Encountered during the Investigation? ☐ Yes ☐ No

10G. If Yes, Did Encryption Prevent Law Enforcement from Obtaining the Plain Text of Communications Intercepted? ☐ Yes ☐ No

### 11. Cost (Rounded to Nearest Dollar)

Check the option that applies:

☐ Costs for this wiretap are reported below.

☐ Costs for this wiretap are included on another wiretap form with the following reference number.

Reference Number Type: Select: Reference Number:

☐ Costs for this wiretap are unknown at this time.

11A. Nature and Quantity of Personnel Used to Install, Monitor, and Prepare Transcripts

| 11B. Personnel Cost | | 11C. Resource Cost (installation fees, supplies, equipment, etc.) | | 11D. Total Cost = Personnel Cost + Resource Cost |
|---|---|---|---|---|
| $ | + | $ | = | $ |

### 12. Results

Check the option that applies:

☐ Results for this wiretap are reported below.

☐ Results for this wiretap are included on another wiretap form with the following reference number.

Reference Number Type: Select: Reference Number:

☐ Results for this wiretap are not known at this time. *(Future results should be reported on the WT-3 Supplementary Report)*

| 12A1. No. of Persons Arrested | 12A2. Arrest Offense (Most Serious): Select: | 12B. No. of Motions to Suppress | | |
|---|---|---|---|---|
| | | Granted | Denied | Pending |

| 12C. No. of Persons Convicted | 12D. No. of Trials Completed | 12E. Conviction Offense (Most Serious): Select: | 12F. Title/Section of Conviction Offense: |
|---|---|---|---|
| | | | |

WT-2A Federal
(Rev. 07/2025)

## 13. Comments and Assessment

Describe importance of the interceptions, drugs and money seizure amounts, impact on community, etc. **DO NOT** include target's name, address, phone numbers, name of gangs, or other sensitive information.

†

## 13A. Report Prepared By

| | | | | |
|---|---|---|---|---|
| **Prosecutor Responsible for Part 2** | Prosecutor's First Name: | Middle Initial: | Last Name: | Suffix: 1 |
| **Report Preparer** | ☐ Check if Prosecutor and Report Preparer are the same person. | | | |
| | Report Preparer's First Name: | Middle Initial: | Last Name: | Suffix: 1 |
| | Title: | | Telephone No.: Extension: | Date: |

## Instructions

When Part 2 (Prosecutor's Report) is completed, do the following:

(1) Click the "Validate Part 2" button to identify any data quality issues with Part 2.

(2) Save a PDF copy of the completed form by clicking the "Save As" button below and assigning a unique file name.

(3) Attach one or more saved PDF forms to an email and send to the Federal Law Enforcement Agency Contact who will review and submit the PDF forms to the DOJ's Office of Enforcement Operations.

(4) Retain a copy of the completed form for your files.

WT-2A Federal
(Rev. 07/2025)

| **6. Duration of Intercept** ***(Additional Extensions)*** | | | | | | |
|---|---|---|---|---|---|---|
| Order or Extension | No. of Days | Date of Application | *Check One* Denied | Granted | Date Order Denied or Granted | Date that a Granted Order/Extension was Modified or Amended, if applicable. |
| 7th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 8th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 9th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 10th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 11th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 12th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 13th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 14th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 15th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 16th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 17th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 18th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 19th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 20th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 21st Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 22nd Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 23rd Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 24th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 25th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 26th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 27th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 28th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 29th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 30th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 31st Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 32nd Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 33rd Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 34th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 35th Extension | | | ☐ | ☐ | | Date Modified /Amended |
| 36th Extension | | | ☐ | ☐ | | Date Modified /Amended |

WT-3
(Rev. 10/15)

RECEIVED
AUG 06 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# SUPPLEMENTARY REPORT FOR WIRETAPS REPORTED IN PREVIOUS CALENDAR YEARS

THIS REPORT IS MADE IN ACCORDANCE WITH TITLE 18, UNITED STATES CODE, SECTION 2519. DO NOT REPORT ANY COSTS, ARRESTS, TRIALS, MOTIONS OR CONVICTIONS THAT HAVE BEEN PREVIOUSLY REPORTED ON EITHER THE ORIGINAL FORM 2 OR ON A SUPPLEMENTARY REPORT FORM 3. IF YOU HAVE NO ADDITIONAL ACTIVITY TO REPORT, NO REPORT IS REQUIRED. PLEASE COMPLETE ALL COLUMNS FOR EACH ENTRY. An example is provided below.

Completed copies of the form as well as any questions concerning this form may be sent via e-mail to sd-wiretap@ao.uscourts.gov.

| (1) Report Year | (2) A.O. Report Number | (3) Date of Application | ADDITIONAL ACTIVITY DURING CALENDAR YEAR 2020- present | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (4) Cost $ | (5) Persons Arrested | | (6) Trials Completed | (7) Motions to Suppress | | | (8) Persons Convicted | |
| | | | | Number | Offense(s) | | Granted | Denied | Pending | Number | Offense(s) |
| Example 2001 | 6 | 06-28-2001 | - | 3 | Gambling, narcotics, conspiracy | 2 | 1 | 1 | - | 1 | Gambling |
| | | | | | | | | | | | |

| Name of the person responsible for completion of this form | Jurisdiction | | State Attorney General | Area Code and Phone Number |
|---|---|---|---|---|
| Catherine J Beeton Sennay | 4th Hennepin County | | ❒ Yes | 763-218-8003 |
| **Street Address** | | **City and State** | **Zip Code** | **Date** |
| 907 20th Ave NE | | Minneapolis, MN | 55418 | 08/05/2026 |