**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Austin Michael Kingsely,
Catherine Jean Benken-Fenning,

Plaintiffs,

v.

Minneapolis Impound Lot, MPD,
Minnesota Court of Appeals,
Hennepin County Court,
Sharon Compton,
William Siegler Jensen,

Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Civil File No. 26-03549 (MJD/ECW)

---

Austin Michael Kingsely & Catherine Jean Benken-Fenning, pro se.
No attorney appearance for Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowen Wright dated September 9, 2026. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of Magistrate Judge Elizabeth Cowen Wright

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowen Wright, dated September 9, 2026 **[Doc. 3]**;

2. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court